UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 18-22085-CIV-MORENO

MSPA CLAIMS 1, LLC et al.,

        Plaintiffs,

vs.

TAKEDA PHARMACEUTICALS
AMERICA, INC. et al.,

        Defendants.
_____/

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the Corrected Joint Stipulation for Dismissal with Prejudice **(D.E. 15)**, filed on **January 14, 2019**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(ii). Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this ___30___ of January 2019.

                              _____
                              FEDERICO A. MORENO
                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record